STANDARD PAVING CO. v. WILLIAMS et al.

No. 30876. April 4, 1944.

Rehearing Denied April 25, 1944.

*147 P. 2d 986.*

Page & Spencer, of Oklahoma City, for petitioner.

Streeter Speakman, of Sapulpa, and Mac Q. Williamson, Atty. Gen., for respondents.

ARNOLD, J. The fact situation in the case at bar is disclosed by the case of Standard Paving Co. v. Newman, 194 Okla. 166, 147 P. 2d 983. The principles

involved are identical and the opinion therein is controlling herein.

The award of the State Industrial Commission is sustained.

CORN, C.J., and RILEY, OSBORN, BAYLESS, WELCH, HURST, and DAVISON, JJ., concur. GIBSON, V.C.J., dissents.